FILED

08 AUG -4 PM 12: 04

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LINDA BERINGER, individually and on Behalf of all others similarly situated,   )<br>)<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>CERTEGY CHECK SERVICES, INC.,   )<br>)<br>Defendant.   ) | No. 8:07-cv-01657-SDM-MSS |
| DANA M. LOCKWOOD, on behalf of herself And all others similarly situated,   )<br>)<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>CERTEGY CHECK SERVICES, INC.,   )<br>)<br>Defendant.   ) | No. 8:07-cv-01434-SDM-TGW |

### DESIGNATION AND CONSENT TO ACT OF LOCAL COUNSEL

NOW COMES John J. Pentz, attorney for Class Member and Objector Joel Shapiro in this matter, pursuant to Local Rule 2.02, and designates the following as his local counsel upon whom all notices and papers may be served, and who shall be responsible for the progress of the objection:

David M. Snyder
David M. Snyder, P.A.
1810 South MacDill Avenue Suite 4
Tampa, Florida 33629-5960
Tel: (813) 258-4501
Fax: (813)258-4402
dmsnyder@dms-law.com

John J. Pentz has paid the fee required by Local Rule 2.01, and has registered an email address with the Clerk of Court.

/s/ John J. Pentz
John J. Pentz, *pro hac vice*
2 Clock Tower Place, Suite 260G
Maynard, MA 01754
Ph: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

Consented to by:

/s/ David M. Snyder
David M. Snyder
David M. Snyder, P.A.
1810 South MacDill Avenue Suite 4
Tampa, Florida 33629-5960
Tel: (813) 258-4501
Fax: (813)258-4402
dmsnyder@dms-law.com .

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing via first class U.S. mail on August 1, 2008 on the following counsel:

Ben Barnow
Barnow & Associates, PC
One North LaSalle St., Suite 4600
Chicago, IL 60602

Mark S. Melodia
Reed Smith LLP
Princeton Forrestal Village
136 Maine St., Suite 250
Princeton, NJ 08540

_____
John J. Pentz