RECEIVED

2008 AUG -4 PM 12: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITE D STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF THE STATE OF FLORIDA-TAMPA DIVISION

LOCKWOOD ET. AL. AS A CLASS AND AS
THE INDIVIDUAL MEMBER BRIAN D. DUBUC
AS INTERVENER ;

PLANTIFF,S;   NO: 8:07-CV-1434-T-23-TGW

-VS-

CERTEGY CHECK SERVICES INC.; AND
WILLIAM SULLIVAN AGENT OF CERTEGY
CHECK SERVICES INC, THEIF BY ELECTRONIC
MEANS ,INVADOR OF PRIVACY, AND SALESMEN
OF MY SECURED BANK INFORMATION;

DEFENDANTS;

**NOTICE OF OBJECTION TO PROPOSED SETTLEMENT-TO SETTLEMENT AND AS
PARTY DEMANDING RIGHT TO OPT OUT OF SETTLEMENT
AND ASTO ANY AUTHORIZATION BY CLASS COUNSEL TO PERMIT THE CERTEGY
CHECK SERVICES INC. TO EVER MONITOR MY ACCOUNTS BY AGENTS OR
OTHERWISE**

MAY IT PLEASE THE COURT THAT BRIAN D. DUBUC DOES HERBY OBJECT AS FOLLOWS:

1) THE SETTLEMENT FAILS TO PROTECT THE RIGHTS OF APPROXIAMATELY 6 MILLION AMERICANS PRIVACY REGARDLESS OF WHETHER IDENTITY THEFT LAWS OR JUDICIAL INTERPRETATIONS THEROF MAKE IT UNCONSEQUENTIAL ,OR EVEN DISCORAGING AS SO IT HAS BECOME A FAD THAT IS SEEMENLY ACCEPTABLE BUISNESSE BEHAIVIOR.

2) THE ACTS OF WILLIAM SULLIVAN ARE FAR WORSE THEN A SIMPLE IDENTITY THEFT. THEY ARE PRIVACY VIOLATION. MORE OVER IN TODAYS AMERICA THE INFORMATION STOLEN AND SOLD IS NOT GARANTEED TO HAVE BEEN RECOVERED OR STILL NOT ABLE TO BE USED UPON EXPIRATION OF THE TIME THAT CERTGY STATES IT WILL OFFER THE SERVICES FOR ONE TO TWO YEARS. THE SETTLEMENT SIMPLY PUTS ON NOTICE PUBLICLY THOSE UNCAPTURED PERSONS WHO HAD ACCESS TO THE INFORMATION NOT TO USE IT FOR UP TO TWO YEARS .

3) AN ADDITIONAL $50.00 PER NAME COULD BE SPENT AND BUY THE SSA # LATTER AND PROCESS THE IDENTITY THEFT PAPERS AFTER THAT, AND EVEN SELL THAT RIGHT FOR EXAMPLE TO FORIGN TERRORISTS TO OBTAIN PASSPORTS AS IF THEY WERE HERE BY USE OF OUR OWN STANDARD PROCEDURES.

4) FOR THESE RESONS I WHOLLY OBJECT.

5) FURTHER THE SERVER APPEARS ON THE ADOBE LINK TO HAVE A CORRUPTED CABINANT FILE THAT PREVENTS THE UPGRADE OF ACROBAT TO THE VERSION MADE AVAIABLE TO THE CLASS MEMBERS AS I HAVE TRIED MULTIPLE TIMES AND COULD NOT EVER GET THE DOWNLOAD TO OVERRITE THE CURRUPTED FILE.

6) I CALLED THE NUMBERS PROVIDED AND REQUESTED THE COPYS AND CLAIM FORMS TO INCLUDE A COPY OF THE PROPOSED SETTLEMENT ORDER , AND ALL AVAILABLE ORDERS AND WAS ADVISED THE RECORD SHOWS THEY WERE MAILED OUT. I NEVER RECEIVED THESE ORDERS, I WAS SEEKING THE NAME AND IDENTITY OF MY PERPITRATOR AND ALL THE ESENTIAL DATA OF COUNSELS ,ADDRESSES , AND LOCATIONS OF WHICH TO SERVICE MY OWN ACTION UPON AND IT HAS BEEN OBSTRUCTED FROM ME.

7) THE COURT MAY TAKE NOTE THAT THE NOTICE OF THE ADMINSTRATOR IS ITSELF DECEIVING AS IT IDENTIFYS THE US DISTRICT COURT   LISTED IN PORTLAND OREGON AS A CONTACT POINT.  WHILE NOT EXACTLY INCORRECT SINCE THE ADMINISTRATOR IS FROM PORTLAND OREGAN. NOT EVERY PERSON WOULD HAVE THE WISDOM I HAVE TO NOT believe IT TILL I SPOKE TO THEM MYSELF. THAT COURTS ADMINISTRATOR ADVISED ME THAT MULTITUDES CONTACTED THEIR AND THEY THEMSELVES SET OUT TO CONFIRM IF IT WAS A FRAUDLENT NOTICE ONLY TO DISCOVER IT WAS IN FLORIDA AND NOT OREGON AND HAS SERVED AS A DIRECTORY SERVICE FOR THESE APPOINTED ADMINISTRATORS.

8) CLASS COUNSEL KEITH OF  BARLOW & ASSOCIATES , 1 N. LACELL, CHICAGO , ILLINOISE 60602 ACTULY ATTEMPTED TO GIVE ME THE WRONG CASE NUMBER TO THIS COURTS FILE AND DID NOT APPEAR WILLING TO PROVIDE ME A COPY OF THE PROPOSED SETTLEMENT , AND ORDERS.  OUR SUPPOSED APPOINTED COUNSEL IT WOULD SEEM WOULD REQUIRE  TO DO MORE THAN BE AVASSIVE AND CERTAIN THAT NO OTHER REMADY WOULD SERVE JUSTICE IN THIS CASE. IT IS THE EASIEST WAY TO PAY CHECK FROM MY STANDPOINT. OUR US SUPREME COURT HAS NOT TO MY KNOWLEDGE EVER HAD THE OPERTUNITY TO CONSIDER THESE TYPES OF ISSUES NOT UNIFORM IN THE CIRCUITS AT ALL. BUT HAS ALWAYS SAID  BAD FACTS MAKE BAD LAW.

9) FOR ALL OF THESE RESONS I OBJECT TO SETTLEMENT ,AND WOULD ELECT TO OPT OUT BEFORE THIS COURT ALLOW MY NAME TO BE JOINED IN TO SUCH A SELL OUT OF THE PEAPLES PRIVACY INTRESTS IN THEIR OWN BANKING RECORDS AND BE PART OF THIS TYPE OF ENCOURAGEMENT TO LARGE SCALE FRAUDS AND TELL YOU ALL DONT BE BORROWING MY NAME TO TALK ABOUT OR SELL TO ANY ONE AND GET IT OUT OF THIS CASE.

BRIAN D. DUBUC 114 N. 4TH. STREET
HENRYETTA ,OKLA 74437
(918) 398-4259    PRO SE FOR BRIAN DUBUC

### CERTIFICATE OF MAILING

I BRIAN D. DUBUC DO HERBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS NOTICE AND OBJECTION. OPT OUT FOR RIGHT TO SUE SEPRETELY AND DEMAND FOR THE ACTUAL DOCUMENTS I REQUESTED NOT A FRAUDULENT MAILING CARD  WAS SERVED BY US MAIL UPON ALL PERSONS OF INTREST AND COUNSELS AS LISTED BELOW BY FIRST CLASS DELIVERY CONFIRMATION MAIL THIS 30 TH. DAY OF JULY 2008 BY DEPOSIT WITH THE US MAIL POSTAGE PREPAID IN ACTUAL US DOLLORS WHICH YOU OWE ME REINBURSEMENT FOR IMMEDIATELY. FOR SPEAKING ME NAME IN SUCH A SELL OUT OF JUSTICE. EXCEPTING ONLY THE HONORABLE COURT S WHO HELPED ME FIND THE TRUTH THROUGH ALL THE DECEIPTS.

BRIAN D. DUBUC   PRO SE FOR BRIAN

CLERK OF THE COURT
SAM M. GIBBONS   ONF
801 N. FLORIDA AVE.
TAMPA FLORIDA    33602

BARNOW & ASSOCIATES
1 N. LUCELL             IF KEITH WAS TRUTHFUL
CHICAGO ,ILLINOISE      WITH EXTRA COPY C/O OF PAUL BOND
          60602

NOTICE ADMINISTRATOR FOR U.S. DISTRICT COURT
P.O. BOX 3689
PORTLAND OREGAN ,97208-3689

Notice Administrator for U.S. District Court
PO Box 3689
Portland, OR 97208-3689

**Legal Notice about a class action settlement.**



06141084556 9        03262234

*****AUTO**5-DIGIT 74437

DUBUC BRIAN
114 N 4TH ST
HENRYETTA OK 74437-4206

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
SEYMOUR, IN
PERMIT #170

BM

# If you have a credit card, paid by check for an online or phone purchase, got cash at a casino, or had a bounced/returned check, you could get benefits from a data theft settlement.

*Para una notificación en Español, llamar o visitar nuestro website.*

You may have received a letter last July or August about the theft of personal and financial information by an employee at Certegy Check Services, Inc. A settlement has now been reached with Certegy and Fidelity National Information Services, Inc. about that theft.

You are included in the settlement and you have legal rights and options, such as submitting a claim for benefits, excluding yourself from, or objecting to, the settlement.

**Settlement Benefits:** Certegy's records show that you are eligible for two years of bank monitoring performed by Certegy, and reimbursement for identity theft (up to $20,000) and certain out-of-pocket expenses.

To get benefits you need to submit a claim form. Get claim forms at www.DataSettlement.com or by calling 1-877-580-9770. The earliest deadline to send in a claim form is **July 31, 2008**.

**Your Other Options:** If you do not want to be legally bound by the settlement, you must exclude yourself by **August 1, 2008**. If you stay in the Class, you may object to it by **August 1, 2008**. The Court will hold a hearing on **August 22, 2008**, to consider whether to approve the settlement. More information is available at www.DataSettlement.com or by calling 1-877-580-9770.

**www.DataSettlement.com**  **1-877-580-9770**

BM