RECEIVED
2008 AUG -1 PM 1:58
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

FROM
Leslie Cochran
1152 W Calle Antigua
Pueblo West, Col. 81007

To Whom It May Concern:

I received the letter telling me of the theft I became so mad. How could this happen in a company we are suppose to have trust in. At that time I went and got protection. Even with the identity protection somebody tried twice to bust into my credit. I do not know if it was because of the leak or not. Do I agree with the settlement? No!!! Why should I agree to haveing another monitoring program when I already have one that I know works & protects me. I do hope that the person who did the theft is paying for his crime. Same for the company for putting us thru this.

Thank You

Leslie W. Cochran
7-28-08