UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BERINGER

v.                                                                  Case No. 8:07-cv-01657-SDM-TJW

CERTEGY

LOCKWOOD

v.                                                                  Case No. 8:07-cv-01434-SDM-TJW

CERTEGY
_____/

OBJECTOR JOEL SHAPIRO'S MOTION FOR PROTECTIVE ORDER
AND INCORPORATED MEMORANDUM

Objector Joel Shapiro (Shapiro), through counsel and pursuant to Fed. R. Civ. P. 26(c)(1)(A) and Local Rule 3.01, hereby moves for a protective order forbidding the deposition of him which Class Counsel seek to take on April 18, 2008. As grounds for this motion, Shapiro states:

Local Rule 3.01(g) Certification

John Pentz, counsel for Shapiro, met and conferred with Douglass Kreis, Class Counsel, regarding this motion both by telephone on August 8, 2008, and by the email sent by Pentz to Kreis on August 10, 2008. Counsel were unable to resolve the issues set forth herein.

Memorandum

Class counsel is attempting an end-run around this Court's authority, as they seek to inquire into matters that this Court has previously ruled are not relevant to this

proceeding. Moreover, the purpose of the noticed deposition is clearly to harass and retaliate against class members who exercised their right to appear and be heard in this case.

Class counsel has known since at least April of 2008, when notice was mailed to class members, that Shapiro was a class member in the class action. Yet they waited until August 11, 2008, after Shapiro filed an objection and notice of his intent to appear through counsel at the fairness hearing, to serve their subpoena and notice of deposition. Notices of deposition were also served upon other class members who filed objections, but not upon any other class members.

The deposition notice is attached hereto as Exhibit A. Items1 through 8 on Exhibit A to the Subpoena are easily and quickly dealt with, as Shapiro has already produced to class counsel all such responsive documents, and Shapiro's counsel informed attorney Douglass Kreis of that fact by email. There is no purpose served by requiring Mr. Shapiro and his counsel to incur the expense and burden of traveling to Boca Raton to reiterate the same thing.

With regard to category 9 on Subpoena Exhibit A, this Court has already ruled that such information is neither relevant to the case nor required to be disclosed by class members wishing to exercise their right to appear and be heard. The parties asked this Court to approve a form of notice that would have required objectors to identify all objections they had filed during the past five years. Consistent with accepted practice, the Court rejected that portion of the notice and ordered that it be stricken. The notice

that Mr. Shapiro received contained no such requirement. Class counsel apparently seeks an end run around this Court's ruling through the subpoena.

Shapiro has just returned to the United States from a nine-week trip to Denmark. His counsel, John Pentz, is currently on vacation and will not return to his office until August 18, 2008, the date on which the deposition is currently noticed. If class counsel is permitted to pursue discovery into category nine of Exhibit A, Shapiro would be required to meet with his counsel prior to the deposition and to review any responsive documents for privilege and confidentiality. Notice given for this deposition does not afford a reasonable time for Mr. Shapiro to prepare for the deposition with his counsel, given Mr. Pentz' current unavailability.

Shapiro has simultaneously moved to quash the subpoena in the Southern District of Florida.

Even if the scope of the deposition is narrowed to include only items relevant to the Certegy class action, the deposition would be purely retributive, unduly burdensome and harassing, since Shapiro and his counsel would be forced to travel to Boca Raton and give up most of a day simply in order to reiterate that he has no further information related to the case not already filed with the Court. Class counsel cannot meet the burden of Rule 45 of "showing a substantial need for the testimony or material that cannot be otherwise met without undue hardship." Indeed, class counsel has not and cannot articulate any need for the material or any relevance to the Certegy case whatsoever. Mr. Shapiro's class membership is not in question. His receipt of individual mailed notice is conclusive proof that he was identified by Certegy as someone whose personal

information was illegally disclosed by Certegy. The question posed by his objection is what the remedy should be. There is nothing further that can be discovered from Mr. Shapiro that would aid in that analysis, which is a purely legal question.

WHEREFORE, Shapiro respectfully requests that the Court grant this motion for a protective order and forbid the taking of his deposition pursuant to the Notice and Subpoena Duces Tecum set forth in Exhibit A.

Respectfully submitted,

/s/ David M. Snyder
David M. Snyder, Esq.
Florida Bar No. 366528
DAVID M. SNYDER
 Professional Association
1810 South MacDill Avenue Suite 4
Tampa, Florida  33629-5960
Telephone:  813-258-4501
Facsimile: 813-258-4402
Email: dmsnyder@dms-law.com

John J. Pentz, *pro hac vice*
2 Clock Tower Place Ste 260G
Maynard MA 01754
Telephone: 978-461-1548
Facsimile 707-276-2925
Clasaxn@earthlink.net

Attorneys for Objector Joel Shapiro

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:  None.

/s/ David M. Snyder
David M. Snyder, Esq.

4

Florida Bar No. 366528
Attorney for Plaintiffs
DAVID M. SNYDER
 Professional Association
1810 South MacDill Avenue Suite 4
Tampa, Florida  33629-5960
Telephone:  813-258-4501
Facsimile: 813-258-4402
Email: dmsnyder@dms-law.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| LINDA BERINGER,<br><br>    Plaintiff,<br><br>v.<br><br>CERTEGY CHECK SERVICES, INC.<br><br>    Defendant. | Case No. 8: 07-cv-01657-SDM-MSS<br>USDC Middle District of Florida |
| DANA M. LOCKWOOD,<br><br>    Plaintiff,<br><br>v.<br><br>CERTEGY CHECK SERVICES, INC.<br><br>    Defendant. | Case No. 8: 07-cv-01434-SDM-TGW<br>USDC Middle District of Florida |

## NOTICE OF TAKING DEPOSITION DUCES TECUM OF JOEL M. SHAPIRO

TO:   ALL KNOWN COUNSEL OF RECORD

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiff in the above styled and numbered cause will depose the following individual(s):

**Joel M. Shapiro on August 18, 2008 at 10:00 a.m. (local time)**

This deposition will be taken at Esquire Deposition, 2499 Glades Rd, Boca Raton, FL 33431 (561) 394-7481. The deposition will be reported by a certified court reporter, and shall be recorded stenographically. This deposition will continue from day to day until completed. Plaintiff intends to use documents produced by Joel M. Shapiro including but not limited to documents or information produced in electronic format.

You are further required to bring with you any and all documents listed on the attached Exhibit "A".

RESPECTFULLY SUBMITTED, this the 6th day of August 2008.

BY: ___/s/_____

Douglass A. Kreis, Esq.
Bryan F. Aylstock, Esq.
*Aylstock, Witkin, Kreis & Overholtz, PLLC*
803 North Palafox StreetPensacola, FL 32501
Phone: (850) 916-7450
Facsimile: (850) 916-7449

Lance A. Harke, Esq.
Howard M. Bushman, Esq.
*Harke & Clasby, LLP*
155 South Miami Ave., Suite 600
Miami, Florida 33130
(305) 536-8220 Phone
(305) 536-8229 Facsimile

Ben Barnow
Barnow & Associates, PC
One North LaSalle Street, Suite 4600
Chicago, Illinois 60602
(612) 621-2000 Phone
(612) 641-5504 Facsimile

**COUNSEL FOR PLAINTIFFS
DANA M. LOCKWOOD AND LINDA BERINGER**

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was delivered via Electronic Mail and Federal Express to John J. Pentz, Esq., 2 Clock Tower Place, Suite 260G, Maynard, MA 01754, Clasaxn@earthlink.net, David M. Snyder, Esq., 1810 South MacDill Ave, Suite 4, Tampa, FL 33629, dmsnyder@dms-law.com, counsel for Joel Shapiro, and served upon counsel of record via electronic mail and DHL this 6th day of August 2008.

_____
Douglass A. Kreis, Esq.
*Aylstock, Witkin, Kreis & Overholtz, PLLC*

# EXHIBIT "A"
## DOCUMENTS TO BE PRODUCED SUBJECT TO SUBPOENA

1. Any and all documentation evidencing your membership in the Cetergy Check Services, Inc. Class.

2. Any and all documentation evidencing your filing any claims in the Cetergy Check Services, Inc. Class Action.

3. Any and all documentation relating to your retaining counsel to represent you regarding the Cetergy Check Services, Inc. Class Action including your contract or retainer agreement with your attorney.

4. Any and all correspondence, emails, or other communications you have had with any person or entity regarding Cetergy Check Services, Inc. or the Cetergy Check Services, Inc. Class Action (excluding communications you had with any and all attorney(s) you retained relating to the Cetergy Check Services, Inc. Class Action <u>after</u> you retained such counsel).

5. Any documents, information or materials received by you from any person or party regarding Cetergy Check Services, Inc. or the Cetergy Check Services, Inc. Class Action (excluding documentation you received from any and all attorney(s) you retained relating to the Cetergy Check Services, Inc. Class Action <u>after</u> you retained such counsel).

6. Any and all correspondence, emails, or other communications you have ever had with Cetergy Check Services, Inc.

7. Any and all documentation regarding any harm, damages, injury or loss you have incurred or suffered relating in any way to the Cetergy Check Services, Inc. Class Action.

8. Any and all documentation which provides the basis upon which you have filed an objection in the Cetergy Check Services, Inc. Class Action.

9. Any and all documentation relating to any and all claims and/or objections you have ever filed relating to any other case or class action excluding the Cetergy Check Services, Inc. Class Action.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| LINDA BERINGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CERTEGY CHECK SERVICES, INC. )<br>)<br>Defendant. )<br>) | Case No. 8: 07-cv-01657-SDM-MSS<br>USDC, Middle District of Florida |
| DANA M. LOCKWOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CERTEGY CHECK SERVICES, INC. )<br>)<br>Defendant. )<br>_____ ) | Case No. 8: 07-cv-01434-SDM-TGW<br>USDC, Middle District of Florida<br><br>**SUBPOENA IN A CIVIL CASE** |

TO:  Joel M. Shapiro
C/o Counsel
John J. Pentz, Esq.
2 Clock Tower Place, Suite 260G
Maynard, Ma  01754

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Esquire Deposition, 2499 Glades Rd. Boca Raton, FL 33431 (561) 394-7481. | August 18, 2008<br>10:00am |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| SEE ATTACHED PLEADING – EXHIBIT A | |
|---|---|
| PLACE | DATE AND TIME |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorneys for Plaintiffs | 08/06/08 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| Douglass A. Kreis<br>*Aylstock, Witkin, Kreis & Overholtz, PLLC*<br>803 North Palafox Street<br>Pensacola, FL 32503<br>(850) 916-7450 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | 08/07/08 | 2 Clock Tower Place, Suite 260G<br>Maynard, Ma 01754 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE: DHL/Email |
|---|---|
| Joel M. Shapiro<br>C/o Counsel<br>John J. Pentz, Esq.<br>2 Clock Tower Place, Suite 260G<br>Maynard, Ma 01754 | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Douglass Kreis | Attorney |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on August 6, 2008

*signature*

SIGNATURE OF SERVER
Douglass A. Kreis
*Aylstock, Witkin, Kreis & Overholtz, PLLC*
803 North Palafox Street
Pensacola, FL 32503