



## Practice Areas

- Class Action Objections
- Business and Real Estate Transactions
- Kenmore Group Asset Protection

Edward F. Siegel
27600 Chagrin Blvd Ste 340
Cleveland, Ohio 44122

Office: 216-831-3424
Fax: 216-831-6584
email: efsiegel@efs-law.com



# EDWARD F. SIEGEL
### ATTORNEY AT LAW



- Home
- Class Action Objections
- Business and Real Estate Transactions
- Kenmore Group Asset Protection

## Class Action Objections

How many times have you received a notice in the mail that you May be a member of a class?

After sweating bullets that you may have just been sued, you probably do what most people in this country do. You throw the notice away.(picture). Because it is 15 to 20 pages of thick "legalese" that no one without a law degree can understand anyway. And most lawyers probably don't know how to read the documents. So... you "pitch" it. But you may be throwing money away.(picture). Don't do that. Next time, send the notice to us, and we will do the following:

1. Analyze the notice and tell you what it means

2. Help you fill out the form(if there is one) so that you can be a part of the class that actually gets some money.

3. Explain the notice and tell you if there is anything in it which is objectionable.

4. If there is anything objectionable, help you file and pursue the objections.

If we are successful, the court MAY award this firm a fee for bringing the matter to their attention and award you a fee for hiring us. But in any event, there is no cost to you. All expenses are paid by us. There is no cost to you at all. And, you may even get some money. At the very least, you will participate as a member of the class in whatever distribution is made. Most people (maybe as many as 80-90%) of those who have a right to participate in class action settlements don't do so because it is too much trouble. We do the work for you and we do it for free. Why do we do this? Because the courts welcome attorneys for objectors who point out to the courts any problems with the proposed settlements. The courts encourage us to do this and award us with fees for doing this job.

Edward F. Siegel
27600 Chagrin Blvd Ste 340
Cleveland, Ohio 44122

Office: 216-831-3424
Fax: 216-831-6584
email: efsiegel@efs-law.com