UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BERINGER

v.                                                            Case No. 8:07-cv-01657-SDM-TJW

CERTEGY

LOCKWOOD

v.                                                            Case No. 8:07-cv-01434-SDM-TJW

CERTEGY
_____/

**UNOPPOSED MOTION TO WITHDRAW OBJECTION OF JOEL M. SHAPIRO**

Pursuant to Fed R. Civ. P. 23(e)(4)(B), class member Joel M. Shapiro hereby moves for leave to withdraw his objection to the proposed class action settlement and request for attorney's fees that was filed on August 1, 2008. The reason for Mr. Shapiro's withdrawal of his objection is the requirement that he submit to a deposition on August 21, 2008, which would have to be held in Tampa in order for his primary counsel to be able to attend and defend the deposition. The cost and inconvenience to Mr. Shapiro of traveling from Lake Worth to Tampa in order to sit for his deposition on August 21 far outweighs anything he might hope to gain from the pursuit of his objections.[1]

---

[1] Mr. Shapiro's objection sought to confer a substantial benefit on the class as a whole, but Mr. Shapiro would have been required to bear all of the costs of securing that benefit personally.

Class Counsel are aware of Mr. Shapiro's reason for seeking to withdraw his objection, and have agreed not to pursue the deposition of Mr. Shapiro if this motion is granted.

Neither Mr. Shapiro nor his counsel have received anything in consideration for the withdrawal of his Objection.

>Respectfully submitted,
>
>/s/ David M. Snyder
>David M. Snyder, Esq.
>Florida Bar No. 366528
>DAVID M. SNYDER
> Professional Association
>1810 South MacDill Avenue Suite 4
>Tampa, Florida  33629-5960
>Telephone:  813-258-4501
>Facsimile: 813-258-4402
>Email: dmsnyder@dms-law.com
>
>John J. Pentz, *pro hac vice*
>2 Clock Tower Place Ste 260G
>Maynard MA 01754
>Telephone: 978-461-1548
>Facsimile 707-276-2925
>Clasaxn@earthlink.net
>
>Attorneys for Objector Joel Shapiro

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:  None.

      /s/ David M. Snyder_____
David M. Snyder, Esq.
Florida Bar No. 366528
Attorney for Plaintiffs
DAVID M. SNYDER
 Professional Association
1810 South MacDill Avenue Suite 4
Tampa, Florida  33629-5960
Telephone:  813-258-4501
Facsimile: 813-258-4402
Email: dmsnyder@dms-law.com