IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA BERINGER, individually and on )
behalf of all others similarly situated )
                                          )
        Plaintiff, )
                                          )          No. 8:07-cv-01657-SDM-MSS
vs. )
                                          )
CERTEGY CHECK SERVICES, INC. )
                                          )
        Defendant )
                                          )

DANA M. LOCKWOOD, individually and )
on behalf of all others similarly situated )
                                          )
        Plaintiff, )
                                          )          No. 8:07-cv-01434-SDM-TGW
vs. )
                                          )
CERTEGY CHECK SERVICES, INC. )
                                          )
        Defendant )
                                          )

UNOPPOSED MOTION TO WITHDRAW OBJECTION
WITH PREJUDICE BY OBJECTOR ED ELLIS

Objector, Ed Ellis, by and through undersigned counsel, pursuant to Rule 23(e)(5)

of the Federal Rules of Civil Procedure, hereby moves the Court for an order approving

his withdrawal, with prejudice, of the objection to Class Counsel Fees dated August 01,

2008 (Docket Entry 71) ("Objection") filed on his behalf, and states as follows:

1.      In making the Objection, Mr. Ellis was not aware that the attorney's fees

requested and agreed to by the Parties after a successful, Court-ordered mediation ($2.35

1

million) are significantly lower than the amount that was stated as the maximum amount that could be requested in the Detailed Notice (up to $4.3 million).

2.       Co-Lead Settlement Class Counsel brought this fact and other matters relating to the fee calculations to the attention of counsel for Mr. Ellis who after consultation agree that such amount is reasonable and Mr. Ellis hereby seeks leave to withdraw his objection to Co-Lead Settlement Class Counsel's request for attorneys' fees and expenses.

3.       Since all of the issues raised in Mr. Ellis' Objection have been clarified by Co-Lead Settlement Class Counsel, Mr. Ellis respectfully requests that the Court permit the withdrawal of his objection, with prejudice, pursuant to FRCP 23(e)(5).

4.       Neither Mr. Ellis nor his counsel have requested or received any compensation in exchange for the filing of this motion to withdraw objection.

5.       Plaintiffs' counsel do not question the good faith of objector's counsel and that the vetting of the issues has led the objector to review and accept the terms of the settlement.

WHEREFORE, the Objector respectfully requests that this Honorable Court enter an order withdrawing his objection with prejudice.

Respectfully submitted,

/s/ Luke Lirot             .
Luke Lirot, Esq.
Florida Bar Number 714836
2240 Belleair Rd., #190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
Luke2@lirotlaw.com
Counsel for Objector Ed Ellis

And for

Edward F. Siegel
(pro hac vice pending)
Attorney at Law
27600 Chagrin Blvd., Suite 340
Cleveland, OH 44122
Telephone: (216) 831-3424
Facsimile: (216) 831-6584
Counsel for Objector Ed Ellis

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing using the CM/ECF filing system to Ben Barnow, Barnow and Associates, P.C., One North LaSalle St., Suite 4600, Chicago, Illinois 60602, and Mark S. Melodia, Reed Smith, LLP, Princeton Forrestal Village, 136 Maine St. Suite 250, Princeton, NJ 08540, on this 21st day of August, 2008.

/s/ Luke Lirot          .
Luke Lirot, Esq.
Florida Bar Number 714836