2008 AUG 25 PM 2:17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DANA M. LOCKWOOD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CERTEGY CHECK SERVICES, INC.<br><br>Defendant. | No. 8:07-cv-01434-SDM-TGW |

consolidated with

| | |
|---|---|
| LINDA BERINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CERTEGY CHECK SERVICES, INC.<br><br>Defendant. | No. 8:07-CV-01657-SDM-MSS |

**MOTION TO WITHDRAW OBJECTION
WITH PREJUDICE BY OBJECTOR DAVID STEPHENS**

Objector David Stephens, by and through undersigned counsel, pursuant to Rule 23(e)(5) of the Federal Rules of Civil Procedure, hereby moves the Court for an order approving his withdrawal, with prejudice, of the Notice of Appearance, Objection to Class Settlement, Motion Pro Hac Vice and Application for Attorneys' Fees and Expenses dated August 1, 2008 [D.E. 74] ("Objection") filed on his behalf, and states as follows:

1. In making the Objection, Mr. Stephens' was not aware that the attorney's fees requested and agreed to by the Parties after a successful, Court-ordered mediation ($2.35 million) are significantly lower than the amount that was stated as the maximum amount to be requested in the Summary and Detailed Notice (up to $4.3 million).

2. Co-Lead Settlement Class Counsel brought this fact to the attention of counsel for Mr. Stephens, who agrees that such amount is reasonable, and Mr. Stephens hereby seeks leave to withdraw his objection to Co-Lead Settlement Class Counsel's request for attorneys' fees and expenses.

3. Further, Mr. Stephens, and his undersigned counsel, in coordination with Co-Lead Settlement Class Counsel, have reviewed the Detailed Notice and Settlement Website. Based upon this review, Mr. Stephens agrees that the Notice comports with applicable standards of due process. Accordingly, Mr. Stephens' Objection in this regard has been addressed to his satisfaction.

4. Given that all of the issues raised in Mr. Stephens' Objection have been clarified by Co-Lead Settlement Class Counsel, Mr. Stephens respectfully requests that the Court permit the withdrawal of his objection, with prejudice, pursuant to FRCP 23(e)(5).

5. Neither, Mr. Stephens, nor his counsel, have requested or received any compensation in exchange for the filing of this motion to withdraw objection.

6. Plaintiffs' counsel do not question the good faith of objector's counsel and that the vetting of the issues has led the objector to review and accept the terms of the settlement.

WHEREFORE, David Stephens respectfully requests that this Honorable Court enter an order withdrawing David Stephens' Notice of Appearance, Objection to Class Settlement and Application for Attorneys' Fees and Expenses, with prejudice.

Dated: August 18, 2008                                Respectfully Submitted,

                                                      /s/ Christopher A. Bandas
                                                      Christopher A. Bandas
                                                      500 North Shoreline Blvd., Suite 1020
                                                      Corpus Christi, Texas 78471
                                                      Tel: (361) 698-5200
                                                      Fax: (361) 698-5222

                                                      *Counsel for David Stephens*